IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TAG/ICIB SERVICES, INC., as agent of AMERICAN PRESIDENT LINES,<br><br>**Plaintiff**<br><br>v.<br><br>MADERAS DECORATIVAS, INC.,<br><br>**Defendant** | CIVIL NO. 04-2056(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record, the Court **ADOPTS** the Report and Recommendation, and **DENIES** without prejudice Defendant's Motion to Dismiss. (Docket No. 6).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of September, 2005.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge